CLS
10/13/21

DOA: 10/12/21

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Angel Felix AGUILAR,<br><br>　　　　　　　　　Defendant. | Case No. 21MJ8845<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens (Felony) |

The undersigned complainant being duly sworn states:

On or about October 12, 2021, within the Southern District of California, defendant Angel Felix AGUILAR, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens,

　　　　　　　　Brandon BECERRIL-Escoto,

　　　　　　　　Omar Jair BECERRIL-Hernandez,

　　　　　　　　Juan RAMIREZ-Hernandez

had come to, entered or remained in the United States in violation of law, did transport or move, or attempt to transport or move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

MANUEL A. VIZCARRA
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 13th day of October, 2021.

HON. RUTH BERMUDEZ MONTENEGRO
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Angel Felix AGUILAR

**STATEMENT OF FACTS**

This complainant states that this Complaint and Statement of Facts are based upon statements in the investigative report by Border Patrol Agent (BPA) M. Clinton that on October 12, 2021, Angel Felix AGUILAR (AGUILAR), a United States Citizen, was arrested in El Centro, California for smuggling five undocumented aliens in violation of Title 8, United States Code, Section 1324.

On October 12, 2021, Border Patrol Agents assigned to the El Centro Sector Intelligence Unit were returning from a stash house of a prior case when they observed a green colored 2004 GMC Yukon (SUV) 32 miles east of Calexico, California. This area of the border region is open desert. In this area, there is a fence on the International Boundary that is approximately 15 feet tall. The United States/Mexico Border is marked with monuments south of the fence. Interstate 8 (I-8) is approximately 0.5 miles north of the International Boundary and runs parallel to it. This area is consistently used by smugglers to smuggle illegal aliens and controlled substances into the United States.

At approximately 1:13 a.m., Supervisory Border Patrol Agent Intelligence Mark Clinton, who was in an unmarked Service vehicle, observed a SUV, later identified as a green colored 2004 GMC Yukon, driving westbound on I-8 near Swingles Hill. Agent Clinton observed the SUV pull to the shoulder and stop near the western base of Swingles Hill. Agent Clinton heard radio traffic earlier in the evening of several groups of suspected

3

illegal aliens being tracked by Border Patrol Agents in the area. Agent Clinton knows from experience that this area is routinely used by smugglers to move their human cargo north of the United States/Mexico border. As Agent Clinton descended Swingles Hill, he observed the SUV drive away from the area westbound at a high rate of speed on I-8 towards El Centro, California.

Agent Clinton drove his Service vehicle behind the SUV. Agent Clinton observed the SUV driving westbound on I-8 at a high rate of speed, approximately 80-90 miles per hour. Agent Clinton continued to follow the SUV westbound while observing the driver of the SUV perform multiple lane changes while driving at a high rate of speed, and then lowering speeds in what Agent Clinton perceived as an apparent attempt by the driver of the SUV to ascertain if he was being followed. Agent Clinton requested record checks from dispatch and followed the SUV for approximately two miles before activating his Service vehicle's emergency lights to signal for the SUV to stop. The SUV did not stop and failed to yield. Agent Clinton notified El Centro Sector Radio of the pursuit and requested marked Border Patrol vehicles to assist him.

Agent Clinton pursued the SUV west on the I-8 for approximately four miles until it reached the Brocks Research Center Exit. At that time, Agent Clinton was joined by Border Patrol Agents Roy Espinoza and David Rodriguez, who were operating marked Service vehicles. Agent Rodriguez observed the SUV continue westbound on I-8 and continue to flee at a high rate of speed. Agent Rodriguez observed the SUV continue westbound on I-8 for approximately 15 miles until it reached SR 115. Agent Rodriguez

4

observed the SUV turn northwest on SR 115. Agent Rodriguez pursued the fleeing SUV for approximately two miles until it reached Fifth Street and Pine Avenue. Agent Rodriguez observed the SUV turn north on Pine Avenue and continue to flee at a high rate of speed. Agent Rodriguez pursued the fleeing SUV northbound on Pine Avenue until it reached Sixth Street. Agent Rodriguez observed the SUV turn west on Sixth Street. Agent Rodriguez continued to pursue the fleeing SUV on Sixth Street until it reached Cedar Avenue. Agent Rodriguez observed the SUV turn southbound on Cedar Avenue. Agent Rodriguez observed the SUV drive southbound on Cedar Avenue for several hundred feet until it reached the intersection of Fifth Street and Cedar Avenue. Agent Rodriguez observed the SUV abruptly come to a stop as six individuals exited the SUV.

Agent Rodriguez observed the driver of the vehicle, later identified as Angel Felix AGUILAR, exit and run east on Fifth Street. As Agent Rodriguez ran after AGUILAR, Agent Espinosa positioned his service vehicle in front of AGUILAR's path before Agent Rodriguez made contact. Agent Rodriguez identified himself as a United States Border Patrol Agent and conducted a field immigration interview of AGUILAR and determined that he was a United States Citizen.

As Agent Rodriguez was detaining AGUILAR, AGUILAR threw his one white colored iPhone to the side. After AQUILAR was secured in a Service vehicle, Agent Rodriguez returned and retrieved the iPhone.

At that time, Agent Clinton and Border Patrol Agent Intelligence Daniel Amparan encountered five individuals outside of the SUV. Agents Clinton and Amparan identified

themselves as Border Patrol Agents and conducted a field immigration interview of all five individuals and determined that they were Mexicans Citizens. Agents Clinton and Amparan determined that all five individuals had just made an illegal entry into the United States by climbing over the International Boundary Fence before running to and entering the SUV. Agents Clinton and Amparan determined that the aliens attempted to elude inspection and apprehension. The individuals were later identified as

> Brandon BECERRIL-Escoto,
>
> Omar Jair BECERRIL-Hernandez,
>
> Juan RAMIREZ-Hernandez,
>
> HERNANDEZ-Delgado, Itzel, and
>
> MUNGUIA-Sixto, Luis Alberto.

Agents arrested AGUILAR for 8 USC 1324 Alien Smuggling. All the subjects were transported to the Calexico Border Patrol Station for processing further interviews. The SUV was seized and towed to El Centro Sector Headquarters. One cell phone was seized in this case, specifically one white colored iPhone that was observed in AGUILAR's hand when he was arrested by BPA David Rodriguez.

Material Witnesses Brandon BECERRIL-Escoto, Omar Jair BECERRIL-Hernandez, and Juan RAMIREZ-Hernandez stated they were going to pay up to $10,000 United States Dollars to be smuggled into the United States. Material Witnesses were unable to identify AGUILAR from a six pack photo line-up as the driver of the SUV.

The complainant states the names of the Material Witnesses are as follows:

| NAME | PLACE OF BIRTH |
|---|---|
| Brandon BECERRIL-Escoto | Mexico |
| Omar Jair BECERRIL-Hernandez | Mexico |
| Juan RAMIREZ-Hernandez | Mexico |

Further, complainant states that the Material Witnesses are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.